**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

March 16, 2007

<u>By Hand & Electronic Filing</u>

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

    **Re:  <u>United States v. Angela Huang, et al.</u>**
         **06 Cr. 1006 (KMK)**

Dear Judge Karas:

    The Government respectfully submits this letter in response to the defendants' March 2, 2007 motions to suppress evidence seized and statements made during the arrest of Bouhari Adoyi and Fuyin Huang on July 26, 2006.  Because the defendants' motions raise issues of material fact in dispute - namely the circumstances surrounding Bouhari Adoyi's consent to search and statements to law enforcement and the issue of which bag certain items relating to Fuyin Huang were located in prior to seizure - the Government requests that the Court schedule a hearing to resolve these issues.

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                By:   <u>/s/ Steve C. Lee</u>
                     Steve C. Lee
                     Assistant United States Attorney
                     Telephone: (212) 637-2314

cc:  Kate Martin, Esq.
     Attorney for Angela Huang

     Christopher Flood, Esq.
     Attorney for Bouhari Adoyi

     Joel Stein, Esq.
     Attorney for Fuyin Huang