JOEL M. STEIN, ESQ.
ATTORNEY AT LAW
3 NEW YORK PLAZA
10TH FLOOR
NEW YORK, NEW YORK 10004

(212) 344-8008
FAX: (212) 344-8560

March 22, 2007

Judge Kenneth M. Karas
United States Courthouse
500 Pearl St.
New York, NY 10007

BY HAND

Re: USA v. Huang, et al.
06 CR 1006 (KMK)

Dear Judge Karas:

The defendant Fuyin Huang respectfully submits this letter as his reply to the government's answer, dated March 16, 2007, to the defendant's motion to suppress.

The government's answer, in somewhat cryptic fashion, completely fails to include an assertion of sworn facts which purports to controvert the defendant's affidavit as well as my supporting affirmation. Accordingly, the defendant's motion should be summarily granted.

Thank you for your consideration of this matter.

cc: AUSA Steve Lee
(by hand)

Very truly yours,

Joel M. Stein, Esq.
Counsel to defendant