UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/07

United States of America,

-v-

**Angela Huang**, *also known as* Angela Hung *also known as* Angela Lu Defendant # 1

**Zhi Jun Huang** Defendant # 2)

**Bouhari Adoyi** Defendant # 3

**Fuyin Huang** Defendant # 4

        Defendant.

Case No. 06-CR-1006 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

IT IS HEREBY ORDERED that all parties appear with counsel for hearing and argument on all outstanding motions on **May 4, 2007 at 10:45am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    April __3__, 2007
              New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE