

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/07

**JOEL M. STEIN, ESQ.**
ATTORNEY AT LAW
3 NEW YORK PLAZA
10TH FLOOR
NEW YORK, NEW YORK 10004

(212) 344-8008
FAX: (212) 344-8560

April 4, 2007

Judge Kenneth M. Karas
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: USA v. Huang, et al.
06 CR 1006 (KMK)

BY FAX

Dear Judge Karas:

   I am writing this letter on behalf of defendant Fuyin Huang to request that the conditions of his bond be amended so that his passport be temporally returned to him for the purposes of a job interview with the U.S.Postal Service. The interview is scheduled for April 11, 2007. One of the conditions of his bond is that travel documents were surrendered. Mr. Huang is a naturalized U.S. citizen.

   AUSA Steve Lee informs me that the government has no objection to this request, and Lisa Chan informs me that the Pretrial Services Agency has no objection.

   Thank you for your consideration of this request.

cc: AUSA Steve Lee
    (by fax)

    Lisa Chan, PTSA
    (by fax)

Very truly yours,

*[signature]*

Joel M. Stein, Esq.
Counsel to defendant

So Ordered.

*[signature]*
4/4/07