UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

**Angela Huang**, *also known as* Angela Hung *also known as* Angela Lu Defendant # 1

**Zhi Jun Huang** Defendant # 2)

**Bouhari Adoyi** Defendant # 3

**Fuyin Huang** Defendant # 4

                Defendant.

Case No. 06-CR-1006 (KMK)

AMENDED ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FD: 5/7/07

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear with counsel for hearing and argument on all outstanding motions on **May 21, 2007 at 11:30am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    May 4, 2007
             New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE