AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern         DISTRICT OF         New York

## APPEARANCE

Case Number: 06 Cr. 1006

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bouhari Adoyi

I certify that I am admitted to practice in this court.

2/29/2008
Date

Signature

David Patton
Print Name                                      Bar Number

Federal Defenders of New York, Inc., 52 Duane St.
Address

New York         New York         10007
City             State            Zip Code

(212) 417-8762      (212) 571-0392
Phone Number         Fax Number