USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                    :

UNITED STATES OF AMERICA,
                                    :

        -v.-                :      NOLLE PROSEQUI

FUYIN HUANG,                :      S2 06 Cr. 1006 (RJS)

                                    :
        Defendant.
                                    :
- - - - - - - - - - - - - - - - - - - -x

        1.    The filing of this nolle prosequi will dispose of Indictment S2 06 Cr. 1006 (RJS) and previous felony indictments in this matter.

        2.    On May 12, 2008, Superseding Indictment S2 06 Cr. 1006 was filed, charging defendant Fuyin Huang with unlawfully, intentionally and knowingly conspiring to traffic in counterfeit goods, in violation of Section 371 of Title 18, United States Code, and with unlawfully, intentionally and knowingly trafficking in counterfeit goods, in violation of Section 2320 of Title 18, United States Code.

        3.    Based on a review and evaluation of information pertaining to this defendant acquired subsequent to the filing of Indictment S2 06 Cr. 1006, the Government agreed to resolve the criminal case against the defendant with the defendant's plea of guilty to a Misdemeanor Information charging him with criminal infringement of a copyright, in violation of Title 18, United States Code, Sections 2319(b)(3) and 2, and not to proceed with a prosecution of Fuyin Huang under Indictment S2 06 Cr. 1006.

4. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to defendant Fuyin Huang with respect to Superseding Indictment S2 06 Cr. 1006 and any and all underlying indictments.

_____
ANTONIA M. APPS
Assistant United States Attorney
(212) 637-2198

Dated:   New York, New York
         May 22, 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant Fuyin Huang with respect to Superseding Indictment S2 06 Cr. 1006 and any and all underlying indictments.

By: _____
Acting United States Attorney
Pursuant to 28 C.F.R. SO. 131

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

Dated:   New York, New York
         May 22, 2008

SO ORDERED:

_____
RICHARD J. SULLIVAN
United States District Judge
Southern District of New York

Dated:   New York, New York
         May 22, 2008

1093                              2