UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :    **SUPERSEDING**
                                        **MISDEMEANOR INFORMATION**
        - v. -                     :
                                        S3 06 Cr. 1006 (RJS)
FUYIN HUANG,                       :

            Defendant.             :

- - - - - - - - - - - - - - - - - -X

### COUNT ONE

(Copyright Infringement)

The United States Attorney charges:

From on or about May 17, 2006, up to and including on or about July 26, 2006, in the Southern District of New York and elsewhere, FUYIN HUANG, the defendant, unlawfully, willfully, and knowingly did infringe copyrights for the purposes of commercial advantage and private financial gain, to wit, HUANG sold counterfeit handbags out of a store located on 146 West 29th Street, New York.

(Title 17, United States Code, Section 506(a)(1)(A);
Title 18, United States Code, Sections 2319(b)(3) and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 21 2008